IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TYLER SPARKS and
CYDNEY SPARKS                                                                                    PLAINTIFFS


v.                                              Case No. 4:17-cv-4068


RIVERWOOD INVESTMENTS, LLC
d/b/a/ RIVERWOOD INN                                                                             DEFENDANT

## ORDER

  Plaintiffs Tyler Sparks and Cydney Sparks field this action on August 17, 2017, in the Western District of Arkansas, Texarkana Division ("Texarkana Division"). In reviewing the Complaint, the Court finds that this action should have been filed in the Western District of Arkansas, Hot Springs Division ("Hot Springs Division"). In their complaint, Plaintiffs state that they are residents of Evangeline Parish, Louisiana. Plaintiffs allege that Defendant Riverwood Investments, LLC is an Arkansas limited liability company with a principal place of business in Pike County, Arkansas. The circumstances underlying Plaintiffs' claims also occurred in Pike County, Arkansas. Pike County is in the Hot Springs Division, and the case has no connection to the Texarkana Division. For the convenience of the parties and witnesses, and in the interests of justice, the Court finds that this action should be transferred. 28 U.S.C. § 1404. Accordingly, the Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Arkansas, Hot Springs Division.

  **IT IS SO ORDERED**, this 21st day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge